# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 15-52933 |
| | ) | CHAPTER 7 |
| JAMES R. BURNS | ) | |
| | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| | ) | **CHAPTER 7 TRUSTEE'S SECOND** |
| | ) | **MOTION FOR EXTENSION OF TIME** |
| | ) | **TO FILE OBJECTION** |
| | ) | **TO DISCHARGE** |
| DEBTOR | ) | |

Now comes Kathryn A. Belfance ("Trustee"), the duly appointed Chapter 7 Trustee of the debtor herein, pursuant to Bankruptcy Rule 4004(b) and respectfully requests that this Court enter an order extending the time to file objections to the debtor's discharge. The current bar date is August 2, 2016, and Trustee requests an extension until October 1, 2016 to file such action. In support of this request, Trustee states the following:

1. On December 7, 2015, the debtor, James R. Burns ("Debtor"), filed for relief under Chapter 7 of the United States Code (the "Bankruptcy Code"). Kathryn A. Belfance is the duly appointed Trustee of the within bankruptcy case.

2. The first scheduled meeting of creditors was held on March 15, 2016.

3. On or about, March 29, 2016, the Trustee filed her first Motion for Extension to File Objection to/Complaint Denying Discharge. On March 30, 2016, the Court entered an Order extending the deadline to August 2, 2016.

4. Trustee has requested and received numerous documents from the Debtor which will take additional time to review and determine if Debtor's conduct, statements and actions give rise to an objection to/complaint to deny discharge under Section 727 of the Bankruptcy Code.

5. Trustee believes that a sixty (60) day extension of time in which to object to Debtor's discharge is necessary and reasonable in the present matter. Further, Trustee reserves the right to file additional motions to extend said bar date.

**WHEREFORE**, Trustee prays that her motion for extension of time to file objections to Debtor's discharge be granted and be permitted for an additional sixty (60) days until October 1, 2016; and for such other and further relief as the Court deems necessary.

Respectfully submitted,

/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE**
Registration No. 0018035
50 S. Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000, telephone
(330) 434-9220, fax
kb@rlbllp.com
*Chapter 7 Trustee*

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2016, a true and correct copy of the foregoing Motion for Extension of Time to File Objection to Discharge was served as follows:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Office of the U.S. Trustee
Edmund Lee Wagoner Jr., at elwagoner@yahoo.com
Kerri N. Bruckner, at NOHBK@lsrlaw.com
Edward A. Bailey, at bknotice@reimerlaw.com
Frank Cimino, at officef3@sbcglobal.net
Robert A. Incorvati, at rincorvati@nwm-law.com
Joseph E. Oliver, at jeoco2@aol.com
Kathryn A. Belfance, Trustee, at kb@rlbllp.com

And by regular U.S. mail, postage prepaid, on:

James Ronald Burns, Debtor, 1573 Willimantic Drive, Virginia Beach, VA 23456

/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE (0018035)**
*Chapter 7 Trustee*
50 S. Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000, telephone
(330) 434-9220, fax
kb@rlbllp.com