United States Bankruptcy Court
Northern District of Ohio
Eastern Division

In Re:  Bankruptcy Case No. 15-52933

    James Ronald Burns  Chapter 7 Proceeding

    Judge Alan M. Koschik

## DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO PROPERTY CLAIMED EXEMPT

The Trustee objects to the Debtor's exemption in his former residence at 2159 Meloy Road, Kent, OH 44240 (the "Real Estate"). O.R.C. §2329.66(A) provides in pertinent part that:

> Every person who is domiciled in this state may hold property exempt from execution, garnishment, attachment, or sale to satisfy a judgment or order, as follows[] . . . the person's interest . . . in one parcel or item of real or personal property that the person or a dependent of the person uses as a residence.

The Trustee alleges that the Debtor is not entitled to this exemption because the Real Estate was not his residence at the time of filing. The Trustee is wrong. The Real Estate was Debtor's residence at filing and he intended that it remain his residence. He is entitled to his exemption.

Debtor respectfully asks the Court to deny the Trustee's motion.

/s/ E. Lee Wagoner
E. Lee Wagoner (Ohio Bar No. 0037833)
2351 Becket Circle
Stow, OH 44224
elwagoner@yahoo.com
330-322-1399
Counsel for Debtor

CERTIFICATE OF SERVICE

      I hereby certify that on this 31th day of August 2016, a true and correct copy of the foregoing Objection to Property Claimed as Exempt was served as follows:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's ElectronicMail Notice List:

Office of the U.S. Trustee
Kathryn A. Belfance at kb&rlbllp.com
Edward A. Bailey, at bknotice@reimerlaw.com
Kerri N. Bruckner, at NOHBK@lsrlaw.com
Frank Cimino, at officef3@sbcglobal.net
Robert A. Incorvati, at Robert@IncorvatiLaw.com
Joseph E. Oliver, at jeoco2@aol.com
Kathryn A. Belfance, Trustee, at kb@rlbllp.com

                                        /s/ E. Lee Wagoner
                                        E. Lee Wagoner (Ohio Bar No. 0037833)
                                        2351 Becket Circle
                                        Stow, OH 44224
                                        elwagoner@yahoo.com
                                        330-322-1399
                                        Counsel for Debtor