This document was signed electronically on November 14, 2016, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: November 14, 2016**



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN THE MATTER OF: | ) | CASE NO. 15-52933 |
|---|---|---|
| | ) | |
| JAMES R. BURNS | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE ALAN M. KOSCHIK |
| Debtor | ) | |

## AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION

This matter having come before this Court upon Kathryn A. Belfance's, Trustee ("Trustee") objection to property claimed as exempt, and the Response filed by James R. Burns ("Debtor"), the parties hereby agree that the debtor will waive his right to the exemption claimed under O.R.C. §2329.66(A)(1). Therefore, the Trustee's objection is hereby SUSTAINED.

**IT IS SO ORDERED.**

### ###

Submitted by:

/s/ KATHRYN A. BELFANCE
KATHRYN A. BELFANCE (0018035)
*Chapter 7 Trustee*
50 S. Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000 Phone
(330) 434-9220 Fax
kb@rlbllp.com


APPROVED:


/s/ EDMUND LEE WAGONER, JR.
EDMUND LEE WAGONER, JR (0037833)
*Attorney for the Debtor*
2351 Becket Circle
Stow, OH 44224
(330) 322-1399, telephone
elwagoner@yahoo.com


## **CERTIFICATE OF SERVICE**


Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Office of the U.S. Trustee
Edmund Lee Wagoner Jr., at elwagoner@yahoo.com
Edward A. Bailey, at bknotice@reimerlaw.com
Kerri N. Bruckner, at NOHBK@lsrlaw.com
Frank Cimino, at officef3@sbcglobal.net
Robert A. Incorvati, at Robert@IncorvatiLaw.com
Joseph E. Oliver, at jeoco2@aol.com
Kathryn A. Belfance, Trustee, at kb@rlbllp.com

And by regular U.S. mail, postage prepaid, on:

James Ronald Burns, Debtor, 1573 Williamantic Drive, Virginia Beach, VA 23456